169 A.3d 987

GREG NOREN, PLAINTIFF–RESPONDENT, v.
HEARTLAND PAYMENT SYSTEMS, INC.,
DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002651–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted limited to the issue of the Appellate Division's reversal of the award of fees.

169 A.3d 987

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LAMAR GRANT, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001194–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.